IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00383-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTIAGO MAUL-VALVERDE,

    Defendant.

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

    In response to the Notice of Disposition (Dkt. # 11) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for November 22, 2006 and the three-day jury trial set to commence on December 4, 2006 are VACATED. It is

    FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than November 18, 2006</u> to set this matter for a Change of Plea Hearing.

    DATED: November 15, 2006

                                                BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge