UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00383

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTIAGO MAUL-VALVERDE,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This case has been transferred to Judge Wiley Y. Daniel.  Accordingly, the sentencing hearing currently scheduled for April 27, 2007, at 2:30 p.m. is **RESET** to **Wednesday, May 3, 2007, at 9:00 a.m. in courtroom A-1002**.

Dated:  March 22, 2007